IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GEORGE A. WALKER,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES CORP., NORTHWEST AIRLINES, INC., and RICHARD VANDERMOLEN,<br><br>Defendants. | MJD<br>Case No.00-2604 ~~MGD~~/JGL<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS** |

Upon the motion of Plaintiff George A. Walker pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for a 30-day extension to serve Defendants and the Court finding good cause therefor,

IT IS HEREBY ORDERED that the motion for a 30-day extension of time to serve Defendants requested by Plaintiff George Walker under Rule 4(m) of the Federal Rules of Civil Procedure is hereby granted.

Dated: April 6, 2001

Magistrate Judge of the Federal District Court

APR - 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD