# UNITED STATES DISTRICT COURT
## District of Minnesota

George A. Walker,
Plaintiff,

Plaintiff(s)

-vs- Civil Action 00-2604 MJD/JGL

Northwest Airlines Corp.,
Northwest Airlines, Inc., and
Richard Vandermolen,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Northwest Airlines Corp., and Northwest Airlines, Inc. default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Northwest Airlines Corp., and Northwest Airlines, Inc.

this 29 day of November, 2001.

RICHARD D. SLETTEN, CLERK

By E. Knoblauch
E. Knoblauch, Deputy Clerk

7