UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2604 (MJD/JGL)

GEORGE A. WALKER,

Plaintiff,

v.

**PRETRIAL ORDER**

NORTHWEST AIRLINES CORPORATION, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Plaintiff shall disclose all expert witnesses by August 1, 2002, and reports by December 1, 2002; Defendants shall disclose all expert witnesses by September 1, 2002, and reports by February 1, 2003;

4. The period during which the parties may seek discovery shall be completed by March 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to June 1, 2003; and

7. This case will be considered "ready for trial" as of June 1, 2003.

DATED: April 26, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED APR 2 ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK