**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines Corp., Northwest Airlines, Inc. and Richard Vandermolen,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**STIPULATION FOR AMENDMENT TO CAPTION** |

**WHEREAS**, the Caption in this matter contains a technical defect, in that it incorrectly lists the Plaintiff's middle initial as A. instead of E.;

**WHEREAS**, this technical defect came about as the result of a typographical error in the Complaint when it was filed with the Court;

**WHEREAS**, Rule 15(a) of the Federal Rules of Civil Procedure allows for the amendment of a pleading by written consent of the adverse party; and

**WHEREAS**, the Defendants are willing to enter into a Stipulation for Amendment to Caption to allow for the correction of the technical defect in the caption.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:**

The Caption in this matter shall be amended to reflect the Plaintiff's correct middle initial; namely, George E. Walker.

FILED 12-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO STIPULATED:**

Dated: 12/24, 2002

BLUEDOG, OLSON & SMALL, P.L.L.P.

By: ______________________

Todd M. Roen, Reg. No. 0270271
Southgate Office Plaza, Suite 500
5001 West 80th Street
Bloomington, MN 55437
Telephone: 952-893-1813

ATTORNEY FOR PLAINTIFF
George E. Walker

Dated: 12/20, 2002

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: ______________________

Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Conroy, Reg No. 267132
600 Pillsbury Center South
22o South Sixth Street
Minneapolis, MN 55402
Telephone: 612-338-1838

ATTORNEY FOR DEFENDANTS

**SO ORDERED:**

Dated: ______, 2002

______________________

Chief U.S. Magistrate Judge Lebedoff