UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George E. Walker,

Plaintiff,

v.

Northwest Airlines Corp., and Northwest Airlines, Inc.,

Defendants.

Civil File No. 00-2604 (MJD/JGL)

**STIPULATION FOR TELEPHONIC DEPOSITIONS**

**WHEREAS**, the Plaintiff, George E. Walker ("Mr. Walker"), has filed a Notice of Motion and Motion for Telephonic Depositions;

**WHEREAS**, Mr. Walker has set forth the reasons supporting his request to conduct several depositions by telephone; namely, on the grounds of efficiency and economy;

**WHEREAS**, Under Fed. R. Civ. P. 30(b)(7), "the parties may stipulate in writing or the court may upon motion order that a deposition be taken by telephone or other remote electronic means;" and

**WHEREAS**, the Defendants have now indicated their willingness to enter into a Stipulation for Telephonic Depositions to allow Mr. Walker to take several depositions by telephone.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT:**

Mr. Walker shall be allowed to depose Christian Samlaska and Michael Gomez telephonically.

FEB 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO STIPULATED:**

Dated: Feb. 21, 2003

BLUEDOG, OLSON & SMALL, P.L.L.P.

By: ______________________
Todd M. Roen, Reg. No. 0270271
Southgate Office Plaza, Suite 500
5001 West 80th Street
Bloomington, MN 55437
Telephone: 952-893-1813

ATTORNEY FOR PLAINTIFF
George E. Walker

Dated: Feb 21, 2003

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: ______________________
Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Conroy, Reg No. 267132
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-338-1838

ATTORNEY FOR DEFENDANTS

**SO ORDERED:**

Dated: Feb. 25, 2003

______________________
Chief U.S. Magistrate Judge Lebedoff