**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Corp., Northwest Airlines, Inc., and Richard Vandermolen,<br><br>Defendants. | ) | Civil File No. 00-2604 (MJD/JGL)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation Of Dismissal, all of the claims asserted in this civil action by Plaintiff George A. Walker against Defendant Richard Vandermolen are hereby dismissed with prejudice, with Plaintiff Walker, Defendant Northwest Airlines, Inc., Defendant Northwest Airlines Corporation, and Defendant Vandermolen to each bear their own costs, disbursements, and attorney's fees regarding this dismissal.

**THE COURT HEREBY DETERMINES, PURSUANT TO FED. R. CIV. P. 54(b) THAT THERE IS NO JUST REASON FOR DELAY OF ENTRY OF JUDGMENT ON THIS ORDER GRANTING DISMISSAL OF ALL OF PLAINTIFF GEORGE A. WALKER'S CAUSES OF ACTION AGAINST DEFENDANT RICHARD VANDERMOLEN. THEREFORE, AND ALSO PURSUANT TO FED. R. CIV. P.54(b), THE COURT HEREBY ORDERS THE CLERK OF COURT TO ENTER JUDGMENT ON THIS ORDER IMMEDIATELY. LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 10, 2003

Michael J. Davis
The Honorable Michael J. Davis
United States District Judge

FILED 4·14·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DN: 173269