AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

George A. Walker,

V.

Northwest Airlines, Corp., Northwest Airlines, Inc., and Richard Vandermolen,

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2604 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All of the claims asserted in this action by plaintiff George A. Walker against defendant Richard Vandermolen are dismissed with prejudice, with plaintiff and defendants to each bear their own costs, disbursements, and attorney's fees regarding this dismissal.

April 14, 2003
Date

RICHARD D. SLETTEN, CLERK

Julie M. Rustad
(By) Julie M. Rustad, Deputy Clerk

89

Modified:03/10/03