**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker, Plaintiff, v. Northwest Airlines Corp., Northwest, Airlines, Inc., and Richard Vandermolen, Defendant. | ) | Civil File No. 00-2604 (MJD/JGL) **ORDER** |

Based upon the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the Pretrial Order filed on April 26, 2002 in this matter is hereby amended as follows:

Dispositive Motion Schedule: Dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, on or before September 15, 2003.

Trial Ready Date: This case will be considered "ready for trial" on or after 30 days after dispositive motion is decided.

Dated this 29 day of April, 2003.

BY THE COURT

The Honorable Jonathan G. Lebedoff
Chief United States Magistrate Judge

FILED 4-29-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 182472