**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

George E. Walker,

Plaintiff,

v.

Northwest Airlines Corp., and Northwest Airlines, Inc.,

Defendants.

Civil File No. 00-2604 (MJD/JGL)

**ORDER OF DISMISSAL**

---

Based upon the Stipulation for Dismissal, all of the claims asserted in this civil action by Plaintiff George E. Walker against Defendant Northwest Airlines Corp. are hereby dismissed with prejudice, with Plaintiff Walker, Defendant Northwest Airlines Corp. and Defendant Northwest Airlines, Inc. to each bear their own costs, disbursements and attorney's fees regarding the dismissal.

**THE COURT HEREBY DETERMINES, PURSUANT TO FED. R. CIV. P. 54(b) THAT THERE IS NO JUST REASON FOR DELAY OF ENTRY OF JUDGEMENT ON THIS ORDER GRANTING DISMISSAL OF ALL OF PLAINTIFF GEORGE E. WALKER'S CAUSES OF ACTION AGAINST DEFENDANT NORTHWEST AIRLINES CORP. THEREFORE, AND ALSO PURSUANT TO FED. R. CIV. P. 54(b), THE COURT HEREBY ORDERS THE CLERK OF COURT TO ENTER JUDGEMENT ON THIS ORDER IMMEDIATELY. LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: May 6, 2003

Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge

FILED 5-6-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5-6-03
DEPUTY CLERK