**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines Corp., Northwest, Airlines, Inc., and Richard Vandermolen,<br><br>Defendant. | ) | Civil File No. 00-2604 (MJD/JGL)<br><br>**ORDER** |

Based upon the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the Pretrial Order filed on April 26, 2002 and amended on April 29, 2003, in this matter is hereby amended as follows:

Plaintiff's Memorandum in Response to Defendant's Motion for Summary Judgment: Plaintiff's Response to Defendant's Motion for Summary Judgment must be served on Defendant on or before August 15, 2003;

Defendant's Reply Memorandum in Support of its Motion for Summary Judgment: Defendant's Reply Memorandum in Support of its Motion for Summary Judgment must be served on Plaintiff on or before August 22, 2003;

Dispositive Motion Filing Deadline: Defendant's Motion for Summary Judgment shall be filed with the Court on or before August 22, 2003;

Dispositive Motion Hearing Date: Defendant's Motion for Summary Judgment shall be heard by the Court on a date to be determined by the Court's Calendar Clerk.

Trial Ready Date: The trial ready date shall not be affected.

JUL 30 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 192288

Dated this 24th day of July, 2003.

BY THE COURT

Michael J. Davis

The Honorable Judge Michael J. Davis
United States District Court Judge

George Walker v. Northwest Airlines, et al., Civil No.: 00-2604 (MJD/JGL)