# United States District Court
# District of Minnesota

GEORGE A. WALKER

Plaintiff,

v.

**ORDER**
Civil. File No. 00-2604 (MJD/JGL)

NORTHWEST AIRLINES CORP.,
NORTHWEST AIRLINES, INC.,
AND RICHARD VANDERMOLEN,

Defendants.

Todd M. Roen, Bluedog, Olson, & Small, P.L.L.P., for, and on behalf of, the Plaintiff.

Tracy J. Van Steenburgh, Halleland, Lewis, Nilan, Sipkins & Johnson, P.A., for, and on behalf of, the Defendants.

The above-entitled matter comes before the Court for review of Chief United States Magistrate Judge Jonathan G. Lebedoff's March 5, 2003 Order.

Plaintiff, George E. Walker, objects to the Magistrate Judge's Order denying Plaintiff's motion to extend discovery and denying, in part, Plaintiff's motion to compel. The plaintiff contends that the Magistrate Judge's order is clearly erroneous and contrary to law.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1(b). Based on that review the Court **AFFIRMS** the Magistrate Judge's March 5, 2003 Order.

FILED OCT - 3 2003
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED**:

1. That Plaintiff's Appeal from the Magistrate's Order [Docket No. 82] is **DENIED**.

Oct. 3, 2003
Date

Judge Michael J. Davis
United States District Court