**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**GEORGE E. WALKER,** Civil No. 00-2604 (MJD/JGL)

Plaintiff,

v.

**NORTHWEST AIRLINES CORPORATION; NORTHWEST AIRLINES, INC.; and RICHARD VANDERMOLEN,**

**O R D E R**

Defendants.

---

APPEARANCES

Todd M. Roen, Esq., for Plaintiff George E. Walker

Tracy J. Van Steenburgh, Esq., for Defendants Northwest Airlines Corporation, et al.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on A hearing was held on October 2, 2003, before Chief United States Magistrate Judge Jonathan Lebedoff on Plaintiff's Expedited Motion for Continuance (Doc. No. 108). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiff's Motion for Continuance was predicated upon the fact that Plaintiff's Appeal from this Chief Magistrate Judge's Order of March 5, 2003 had yet to be ruled upon by the District Court. While considering

FILED OCT - 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Plaintiff's Motion for Continuance, it came to this Court's attention that the Honorable Michael J. Davis has denied Plaintiff's Appeal. Thus, Plaintiff's Motion for Continuance (Doc. No. 108) is denied as moot.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Expedited Motion for Continuance (Doc. No. 108) is **DENIED AS MOOT.**

Dated: October 3, 2003

Chief Magistrate Judge Jonathan Lebedoff