# United States District Court
# District of Minnesota

---

GEORGE A. WALKER

Plaintiff,

v.

**ORDER**
Civil. File No. 00-2604 (MJD/JGL)

NORTHWEST AIRLINES, INC.,

Defendant.

---

Todd M. Roen, BlueDog, Olson, & Small, P.L.L.P., for, and on behalf of, the Plaintiff.

Tracy J. Van Steenburgh, Halleland, Lewis, Nilan, Sipkins & Johnson, P.A., for, and on behalf of, the Defendants.

---

The above-entitled matter comes before the Court upon Defendant's Motion to Strike Affidavit of Todd M. Roen [Docket No. 86]. Defendant requests that the Court strike the Affidavit of Todd M. Roen, dated March 17, 2003, and submitted by Plaintiff as part of his appeal from the non-dispositive Order of Chief Magistrate Judge Jonathan M. Lebedoff, dated March 5, 2003 [Docket No.80]. This Court denied Plaintiff's appeal in its Order dated October 3, 2003 [Docket No. 113]. Thus, Defendant's Motion to Strike is now moot.



JAN 2 9 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

Defendant's Motion to Strike Affidavit of Todd M. Roen [Docket No. 86] is **DENIED** as moot.

1-29-04
Date

Judge Michael J. Davis
United States District Court