UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2604 (MJD/JGL)

WALKER,

Plaintiff,

v.

**ORDER OF REFERRAL**

NORTHWEST AIRLINES, INC.,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Jonathan G. Lebedoff is designated to conduct hearings on the motion for reconsideration. In regard to the motion for reconsideration, Magistrate Judge Lebedoff is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Jonathan G. Lebedoff.

Dated: June 22, 2004

/s/ Michael J. Davis
Michael J. Davis, Judge
United States District Court