**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**MOTION FOR RECONSIDERATION** |

To: Plaintiff and his attorney of record, Todd Roen, BlueDog, Olson & Small, P.L.L.P., Southgate Office Plaza, Suite 500, 5001 West 80th Street, Minneapolis, Minnesota 55437.

**MOTION**

Defendant, Northwest Airlines, Inc., hereby moves the Court for reconsideration of the District Court's order denying Northwest's Motion for Summary Judgment on Count III of Plaintiff's Complaint.

This Motion is based upon the files, records and proceedings herein, and upon the legal memoranda and any affidavits to be submitted by the parties, and oral argument.

Dated: July 1, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski (Conroy), Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.

DN: 224598