**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

To: Plaintiff and his attorney of record, Todd Roen, BlueDog, Olson & Small, P.L.L.P., Southgate Office Plaza, Suite 500, 5001 West 80th Street, Minneapolis, Minnesota 55437.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Rule 56 and all of the Federal Rules of Civil Procedure, on Thursday, August 19, 2004, at 9:00 a.m., before the Honorable Chief Magistrate Judge Jonathan G. Lebedoff, at the U.S. District Courthouse, Room 9E, 300 South Fourth Street, Minneapolis, Minnesota, 55415, Defendant Northwest Airlines, Inc., by and through counsel, will move the Court for reconsideration of the District Court's order denying Northwest's Motion for Summary Judgment on Count III of Plaintiff's Complaint.

Dated: July 1, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By s/Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski (Conroy), Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.