**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF MOTION FOR RECONSIDERATION** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am a shareholder in the law firm of Halleland Lewis Nilan Sipkins & Johnson, P.A., counsel to Defendant Northwest Airlines, Inc. and Northwest Airlines Corporation in the above-referenced matter.

2. Attached as Exhibit 1 please find a true and correct copy of Chief United States Magistrate Judge Lebedoff's October 28, 2003 Report and Recommendation Regarding Defendant's Motion for Summary Judgment

3. Attached as Exhibit 2 please find a true and correct copy of Judge Michael Davis's Order dated January 14, 2004.

4. Attached as Exhibit 3 please find a true and correct copy of the Eighth Circuit U.S. Court of Appeals decision *Jackson v. Flint Inc. North American Corporation,* ___ F.3d ___, 2004 WL 1237648 (June 7, 2004).

5. Attached as Exhibit 4 please find a true and correct copy of unpublished decision *Young v. Bodycote Lindberg Corp.*, 2004 U.S. Dist. LEXIS 2825, No. 02-4298 (D. Minn. Feb. 25, 2004).

Further affiant sayeth not.

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 1st day of July, 2004.

s/Leigh Anne Clark
Notary Public