**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2004, I caused the following documents:

1. Defendant Northwest Airlines, Inc.'s Motion for Reconsideration;
2. Defendant Northwest Airlines, Inc.'s Notice of Motion for Reconsideration;
3. Defendant Northwest Airlines, Inc.'s Memorandum in Support of Motion for Reconsideration;
4. Affidavit of Tracy J. Van Steenburgh with Exhibits

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Todd M. Roen, Esq.
BlueDog, Olson & Small
Southgate Office Plaza, Suite 500
5001 W. 80th St.
Minneapolis, MN 55437

DN: 224656

Dated: July 1, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By s/Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski (Conroy), Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.