**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George E. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil File No. 00-2604 (MJD/JGL) |
| | ) | |
| Northwest Airlines Corp., and | ) | |
| Northwest Airlines, Inc., | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Carrie Blesener, being first duly sworn, says that on the 6th day of August, 2004, she served copies of the following documents:

1. **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION; AND**
3. **AFFIDAVIT OF TODD M. ROEN.**

on the following attorney(s) by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Minneapolis, Minnesota directed to said attorney(s) at the following address(es):

Tracy Van Steenburgh, Esq.
Halleland, Lewis, Nilan, Sipkins & Johnson, PA
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55437

/s/ Carrie Blesener
Paralegal

Subscribed and sworn before me
this 6th day of August, 2004.

/s/Karen Anne Clifford
Notary Public