**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George E. Walker,<br><br>Plaintiff,<br><br>v.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-2604 (MJD/JGL)<br><br>**AFFIDAVIT OF TODD M. ROEN** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Todd M. Roen, being first duly sworn upon oath, deposes and states as follows, to wit:

1. I am an attorney at the law firm of BlueDog, Olson & Small, P.L.L.P., and am licensed to practice law in the State of Minnesota, the Courts of said state, and in this Court.

2. I represent the Plaintiff, George E. Walker, in the above-captioned matter.

3. Attached as Exhibit 1 please find a true and correct copy of Judge Michael Davis's Order dated January 14, 2004.

4. Attached as Exhibit 2 is a true and correct copy of the Statement of Discrimination and Retaliation portion of Walker's EEOC Intake Questionnaire, along with transmittal letter dated February 7, 2000.

Further your Affiant sayeth not.

BLUEDOG, OLSON & SMALL, P.L.L.P.

Dated: August 6, 2004

/s/ Todd M. Roen

Todd M. Roen, Reg. No. 0270271
Southgate Office Plaza, Suite 500
5001 West 80th Street
Bloomington, MN 55437
Telephone: 952-893-1813

ATTORNEY FOR PLAINTIFF
GEORGE E. WALKER

Subscribed and sworn to before me
this 6th day of August, 2004.

/s/ Carrie Blesener
Notary Public