UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2604 (MJD/JGL)

GEORGE WALKER,

Plaintiff.

v.

**NOTICE OF HEARING**

NORTHWEST AIRLINES, INC.

Defendant.

---

The Court is aware that the defendant's motion for reconsideration is currently scheduled to have oral argument in front of Chief Magistrate Lebedoff. This motion will now be heard in front of Judge Davis.

THEREFORE, the defendant's motion for reconsideration will be heard on August 19, 2004 at 9:00 am in Courtroom 14E by Judge Michael J. Davis.

Dated: August 10, 2004

s/Debbie Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis