**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | Civil File No. 00-2604 (MJD/JGL) |
| | ) | |
| v. | ) | **MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION** |
| | ) | |
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To: Plaintiff and his attorney of record, Todd Roen, BlueDog, Olson & Small, P.L.L.P., Southgate Office Plaza, Suite 500, 5001 West 80th Street, Minneapolis, Minnesota 55437.

**MOTION**

1. On June 11, 2004, Defendant Northwest Airlines, Inc. ("Northwest") requested that the Court permit it to file a motion for reconsideration pursuant to Local Rule 7.1(g).

2. The Court issued an Order of Referral dated June 22, 2004.

3. Northwest filed and served its Notice of Motion and Motion for Reconsideration and Memorandum in Support of Motion for Reconsideration, and Affidavit of Tracy J. Van Steenburgh on July 1, 2004.

4. The hearing on Northwest's Motion for Reconsideration was noticed for August 19, 2004.

5. According to Local Rule 7.1(b)(2) "[a]ny party responding to the motion shall file and serve [a Memorandum of Law, Affidavits and Exhibits] . . .at least 20 days prior to the hearing". L.R. 7.1(b)(2).

6. Plaintiff's Response was due on or before July 30, 2004.

7. Plaintiff did not file and serve his Memorandum in Opposition to Defendant's Motion for Reconsideration until August 6, 2004 – 13 days before the hearing.

Defendant, Northwest Airlines, Inc., hereby moves the Court for an Order:

1. Striking Plaintiff George Walker's Memorandum in Opposition to Defendant's Motion for Reconsideration;

2. Dismissing Count III of Plaintiff George Walker's Complaint with prejudice;

3. Entering summary judgment for Defendant Northwest Airlines, Inc. on Count III of Plaintiff's Complaint;

4. For such other and further relief as the Court deems just and equitable.

This Motion is based upon the files, records and proceedings herein, and upon the legal memoranda and any affidavits to be submitted by the parties, and oral argument.

Dated: August 16, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By s/ Tracy J. Van Steenburgh

Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski, Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT
NORTHWEST AIRLINES, INC.



DN: 228658