**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

George A. Walker,

Plaintiff,

v.

Northwest Airlines, Inc.,

Defendant.

Civil File No. 00-2604 (MJD/JGL)

**NOTICE OF MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**

---

To: Plaintiff and his attorney of record, Todd Roen, BlueDog, Olson & Small, P.L.L.P., Southgate Office Plaza, Suite 500, 5001 West 80th Street, Minneapolis, Minnesota 55437.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Rule 7.1 and all of the Federal Rules of Civil Procedure, on Thursday, August 19, 2004, at 9:00 a.m., before the Honorable Judge Michael J. Davis, at the U.S. District Courthouse, Room 14E, 300 South Fourth Street, Minneapolis, Minnesota, 55415, Defendant Northwest Airlines, Inc., by and through counsel, will move the Court to strike Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Reconsideration.

Dated: August 16, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By sTracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski, Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT
NORTHWEST AIRLINES, INC.

DN: 228684