**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | Civil File No. 00-2604 (MJD/JGL) |
| | ) | |
| v. | ) | **SUPPLEMENTAL AFFIDAVIT OF TRACY J. VAN STEENBURGH IN SUPPORT OF MOTION FOR RECONSIDERATION** |
| | ) | |
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Tracy J. Van Steenburgh, after being duly sworn upon oath, states as follows:

1. I am a shareholder in the law firm of Halleland Lewis Nilan Sipkins & Johnson, P.A., counsel to Defendant Northwest Airlines, Inc. and Northwest Airlines Corporation in the above-referenced matter.

2. Attached as Exhibit 5 please find a true and correct copy of *Bainbridge v. Loffredo Gardens, Inc.*, __ F.3d __, 2004 WL 1737340 (8th Cir. Aug. 4, 2004).

Further affiant sayeth not.

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh

Subscribed and sworn to before me
this 16th day of August, 2004.

s/Leigh Anne Clark
Notary Public

DN: 228845