**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George A. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | Civil File No. 00-2604 (MJD/JGL) |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Northwest Airlines, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2004, I caused the following documents:

1. Motion to Strike Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Reconsideration;
2. Notice of Motion to Strike Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Reconsideration;
3. Defendant's Reply Memorandum of Law in Support of Motion for Reconsideration;
4. Supplemental Affidavit of Tracy J. Van Steenburgh with Exhibit

to be filed electronically with the Clerk of Court through ECF:

Todd M Roen tmr@boslaw.com.

Dated: August 16, 2004

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
Sandra L. Jezierski (Conroy), Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST
AIRLINES, INC.