**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| George E. Walker, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil File No. 00-2604 (MJD/JGL) |
| | ) | |
| Northwest Airlines, Inc. | ) | |
| | ) | **AFFIDAVIT OF TODD M. ROEN** |
| Defendant. | ) | |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Todd M. Roen, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney at the law firm of BlueDog, Olson & Small, P.L.L.P., and am licensed to practice law in the State of Minnesota, the Courts of said state, and in this Court.

2. I represent the Plaintiff, George E. Walker, in the above-captioned matter.

3. I prepared the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike and all of the factual statements contained therein are true and correct.

Further your Affiant sayeth not.

BLUEDOG, OLSON & SMALL, P.L.L.P.

Dated: August 18, 2004

s/ Todd M. Roen
Todd M. Roen, Reg. No. 0270271
Southgate Office Plaza, Suite 500
5001 West 80th Street
Bloomington, MN 55437
Telephone: 952-893-1813

ATTORNEY FOR PLAINTIFF
GEORGE E. WALKER

Subscribed and sworn to before me
this 18th day of August, 2004.

s/Carrie Leslie Blesener
Notary Public

My commission expires 1-31-2005