6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **CIV** 00-2604 MJD/JGL

George Walker,
Plaintiff(s),

Todd Roen
Plaintiff(s) Counsel

vs.

Northwest Airlines, Inc.,
Defendant(s).

Tracy Van Steenburgh
Defendant(s) Counsel

**ORDER TO BE SUBMITTED BY: ( / ) COURT**

Motion for reconsideration [docket # 124] was moved, argued and taken under advisement.

Dated: August 19, 2004

s/Debbie Halfman
Deputy Clerk Debbie Halfman