UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2604 (MJD/JGL)

GEORGE WALKER,

Plaintiff.

v. **NOTICE**

NORTHWEST AIRLINES, INC.

Defendant.

---

Due to the rescheduling of another trial before Judge Michael J. Davis, the above captioned case is now on **STANDBY** status for trial currently scheduled for March 14, 2005.

Please keep in contact with the Court to get the status of this trial.

Dated: February 2, 2005

s/Debbie Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis