UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2604 (MJD/JGL)

GEORGE WALKER,

Plaintiff.

v. **NOTICE**

NORTHWEST AIRLINES, INC.,

Defendant.

---

The notice that was docketed on February 2, 2005, is vacated. The trial scheduled before this was has been set on another date. The above captioned case will be trial number 1 on March 14, 2005. This case is no longer on standby status.

Dated: February 2, 2005

s/Debbie Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis