UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2604 (MJD/JGL)

GEORGE A. WALKER,

Plaintiff,

v.

NORTHWEST AIRLINES INC.,

Defendant.

**NOTICE OF CANCELLATION OF SETTLEMENT CONFERENCE**

Pursuant to notification by counsel that a resolution has been reached in the above-captioned matter, the settlement conference, scheduled for February 22, 2005, has been canceled.

Dated: February 16, 2005

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge